1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  CATHAY PIGMENTS (USA), INC., a  )      1:05-cv-0373 OWW SMS
   Nevada corporation,             )
10                                 )      ORDER CONSOLIDATING ACTIONS
                    Plaintiff,     )
11                                 )
        v.                         )
12                                 )
   QC CONSTRUCTION PRODUCTS, LLC, a )
13 Delaware limited liability      )
   company, BOMANITE CORPORATION, a )
14 California Corporation,         )
                                   )
15                  Defendants.    )
                                   )
16 _____ )

17

18       The parties have agreed and IT IS HEREBY ORDERED that case

19  number 1:04-cv-5333 OWW SMS is hereby consolidated with case

20  number 1:05-cv-00373 OWW SMS.  The cases shall be consolidated

21  under case number 1:04-cv-5333 OWW SMS and case number 1:05-cv-

22  00373 OWW SMS shall be administratively closed.  This

23  consolidation shall be for all purposes, including trial.

24

25  DATED:  May 20, 2005.
                                    /s/ OLIVER W. WANGER
26                                  _____
                                       Oliver W. Wanger
27                                  UNITED STATES DISTRICT JUDGE

28  cathay v. bomanite ord re consol

                                    1