1  **Russell K. Ryan #139835**
2  **MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
   **1690 West Shaw Avenue, Suite 200**
3  **Fresno, California 93711**
   **Telephone (559) 439-4000**
4  **Facsimile (559) 439-5654**

5  Attorneys for Plaintiffs and
6  Counterdefendants BOMANITE CORPORATION
   and QC CONSTRUCTION PRODUCTS, LLC

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  BOMANITE CORPORATION, a California Corporation, and QC CONSTRUCTION PRODUCTS, LLC, a Delaware Limited Liability Company, | Case No. CIV-F-04-5333-OWW-SMS |
| 12 | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| 13             Plaintiffs, | |
| 14       v. | |
| 15  CATHAY PIGMENTS (USA), INC., a Nevada Corporation and MARTIN EDISON, | |
| 17             Defendants. | |
| 18  CATHAY PIGMENTS (USA), INC., a Nevada corporation, | |
| 20             Counterclaimant, | |
| 21       v. | |
| 23  QC CONSTRUCTION PRODUCTS, LLC, a Delaware limited liability company, BOMANITE CORPORATION, a California corporation, and JOHN and JANE DOES 1 through 5, BLACK CORPORATIONS 1 through 5, and WHITE PARTNERSHIPS 1 through 5, | |
| 28             Counterdefendants. | |

MOTSCHIEDLER,
MICHAELIDES
& WISHON, LLP
1690 West Shaw Avenue
Suite 200
Fresno, California 93711
Telephone (559) 439-4000

- 1 -
_____
03767/0008A//163631.WPD    Stipulation and Order to Amend Scheduling Order

1  IT IS HEREBY STIPULATED by and between the parties in the above-
2  referenced action that the following amendments be made to the scheduling order
3  executed by the court in this matter on May 20, 2005:
4  Section IX(2) is hereby amended to permit the disclosure of all expert
5  witnesses on or before June 15, 2006. Any supplemental expert disclosures will be made
6  on or before June 29, 2006.

7  Dated: June ___, 2006                MOTSCHIEDLER, MICHAELIDES
                                         & WISHON, LLP

9                                        By:  _____/s/_____
                                         Russell K. Ryan, Attorneys for
10                                       Plaintiffs and Counterdefendants
                                         Bomanite Corporation and QC
11                                       Construction Products, LLC

13  Dated:  June ___, 2006               KIMBLE, MacMICHAEL & UPTON

15                                       By:  _____/s/_____
16                                       Neal D. Douglass, Attorneys for
                                         Defendant and Counterclaimant
17                                       Cathay Pigments (USA), Inc.

19                                       **ORDER**
                                         IT IS SO ORDERED.
20
21       **Dated:   June 8, 2006          /s/ Oliver W. Wanger**
                                         emm0d6UNITED STATES DISTRICT JUDGE

28

**MOTSCHIEDLER,
MICHAELIDES
& WISHON, LLP**
1690 West Shaw Avenue
Suite 200
Fresno, California 93711
Telephone (559) 439-4000

- 2 -

03767/0008A//163631.WPD         Stipulation and Order to Amend Scheduling Order