1  **Russell K. Ryan #139835**
2  **MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
   **1690 West Shaw Avenue, Suite 200**
3  **Fresno, California 93711**
   **Telephone (559) 439-4000**
4  **Facsimile (559) 439-5654**

5
   Attorneys for Plaintiffs and
6  Counterdefendants BOMANITE CORPORATION
   and QC CONSTRUCTION PRODUCTS, LLC

7              UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  BOMANITE CORPORATION, a California Corporation, and QC CONSTRUCTION PRODUCTS, LLC, a Delaware Limited Liability Company, | Case No. CIV-F-04-5333-OWW-SMS |
| 12 | **NOTICE OF SETTLEMENT AND ORDER OF DISMISSAL** |
| 13              Plaintiffs, | |
| 14       v. | |
| 15  CATHAY PIGMENTS (USA), INC., a Nevada Corporation and MARTIN EDISON, | |
| 17              Defendants. | |
| 18  CATHAY PIGMENTS (USA), INC., a Nevada corporation, | |
| 20              Counterclaimant, | |
| 21       v. | |
| 22  QC CONSTRUCTION PRODUCTS, LLC, a Delaware limited liability company, BOMANITE CORPORATION, a California corporation, and JOHN and JANE DOES 1 through 5, BLACK CORPORATIONS 1 through 5, and WHITE PARTNERSHIPS 1 through 5, | |
| 28              Counterdefendants. | |

MOTSCHIEDLER,
MICHAELIDES
& WISHON, LLP
1690 West Shaw Avenue
Suite 200
Fresno, California 93711
Telephone (559) 439-4000

03767/0008A//170807.WPD        Notice of Settlement and Order of Dismissal
- 1 -

The issues raised in the above-entitled action, including the cross-action, between the parties have been settled on terms mutually agreeable to the parties. The parties have fully performed (or will fully perform) their obligations under the Settlement Agreement. Therefore, the parties respectfully request that this action be dismissed in its entirety.

Dated: November 3, 2006      MOTSCHIEDLER, MICHAELIDES & WISHON, LLP

By:    /s/ Russell K. Ryan
Russell K. Ryan, Attorneys for Plaintiffs and Counterdefendants Bomanite Corporation and QC Construction Products, LLC

Dated: November 3, 2006      KIMBLE, MacMICHAEL & UPTON

By:    /s/ Neal D. Douglass
Neal D. Douglass, Attorneys for Defendant and Counterclaimant Cathay Pigments (USA), Inc.

## ORDER

Based on the foregoing notice and request and other good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The above entitled action is hereby dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs incurred herein.

IT IS SO ORDERED.

**Dated: November 7, 2006**      /s/ Oliver W. Wanger
emm0d6      UNITED STATES DISTRICT JUDGE

MOTSCHIEDLER,
MICHAELIDES
& WISHON, LLP
1690 West Shaw Avenue
Suite 200
Fresno, California 93711
Telephone (559) 439-4000

- 2 -

03767/0008A//170807.WPD    Notice of Settlement and Order of Dismissal